UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY E. ELLSWORTH,

      Plaintiff,                Case No. 08-10344

v.                               District Judge David M. Lawson
                                   Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

The Court having received Plaintiff's Response to the Order to Show Cause on July 30, 2008 and the Court being fully advised in the premises;

IT IS ORDERED that the Order to Show Cause is hereby dismissed.

                                   S/R. Steven Whalen
                                   R. STEVEN WHALEN
                                   UNITED STATES MAGISTRATE JUDGE

Dated: August 1, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 1, 2008.

                                   S/Gina Wilson
                                   Judicial Assistant